IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONNIE LEE OWEN,

    Petitioner,

v.                                       CASE NO. 5:13-cv-352-RS-CJK

N.C. ENGLISH,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

**ORDERED** on March 12, 2014.

                                                    /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**